◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE BARTLEY, Appellant. [713 NYS2d 692] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 5, 1996 (*People v Bartley,* 230 AD2d 748), affirming a judgment of the County Court, Nassau County, rendered October 16, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BERRY, Appellant. [713 NYS2d 493] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered July 21, 1998, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the People did not need to prove that his entry into the premises where the crime occurred was "forced" to sustain his conviction for burglary in the second degree (*see, People v Johnson,* 162 AD2d 267; *People v Cozzetto,* 142 AD2d 684).

The defendant's remaining contentions are either unpreserved for appellate review, not properly before this Court on direct appeal, or without merit. Ritter, J. P., Santucci, Florio and H. Miller, JJ., concur.